**Daniel R. BAIRD, Appellant,**

v.

**BURLINGTON NORTHERN SANTA FE RAILROAD, Appellee.**

**No. 06–1281.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 6, 2007.

Filed: April 10, 2007.

Daniel R. Baird, Dilworth, MN, pro se.

Diane Patricia Gerth, Rodney A. Honkanen, Spence & Ricke, St. Paul, MN, David

---

M. Pryor, Chaya Bail, Burlington Northern Railroad Company, Fort Worth, TX, for Appellee.

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

PER CURIAM.

Daniel R. Baird appeals from the district court's [1] adverse grant of summary judgment in his action for relocation benefits from his employer. Having carefully reviewed the record and the parties' briefs, we agree that summary judgment was proper for the reasons stated by the district court. *See K.C.1986 Ltd. P'ship v. Reade Mfg.*, 472 F.3d 1009, 1019–20 (8th Cir.2007) (de novo review). Accordingly, we affirm. *See* 8th Cir. R. 47B. We deny Baird's pending motions.

---

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.